# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD EATON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., DISCOVER FINANCIAL SERVICES, INC., and CITIBANK (SOUTH DAKOTA), N.A.<br><br>Defendants. | Case No. 8:19-cv-01311-JVS-JDE<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Upon review of the Stipulation for Dismissal With Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)A(ii) filed by Plaintiff Clifford Eaton and Defendant Citibank, N.A., and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED.** The above entitled matter is hereby dismissed in its entirety, with prejudice, with the parties to bear their own costs and attorneys' fees.

Dated: June 22, 2020

_____
Honorable Judge James V. Selna
United States District Judge

[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE